FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAY 31 PM 1:59
CLERK J. Hodge
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

AUBEN REALTY
1918 CENTRAL AVE.
AUGUSTA, GA. 30904

Plaintiff,

Case No. CV118-0097

Vs.

Cross Reference Magistrate Case Number: 910385

JOEY BUSSEY
2114 PROVIDENCE DR.
AUGUSTA, GA. 30904

**Defendant,**
Intervener pursuant to OCGA 9-11-24

## PETITION FOR REMOVAL OF ACTION
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.

COMES NOW JOEY BUSSEY, petitioner as above stated and petitions this court for removal of action from the Magistrate Court of Richmond County.

This petition is set forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Richmond County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Richmond County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Richmond County.
2. This honorable Court afford adequate discovery.

3. This honorable Court Prelief this Court deems just and proper.

## VERIFICATION
### (Affidavit)

The undersigned Affiant Defendant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

_____
Petitioner
Joey Bussey
2114 Providence Drive
Augusta, GA. 30904
Pro se

5-31-18

## DISPOSSESSORY AFFIDAVIT

### MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA

BEFORE ME, The Subscriber, __Donna Smith_____ Deputy Clerk

of the Magistrate Court of Richmond County, Georgia, comes __Tyreon Williams__
who on oath, says:

That he / she / is (✓) agent for / ( ) attorney at law for __Auben Realty, LLC__ the Landlord of real estate and improvements thereon designated under the present system of street numbering in Richmond County, Georgia as __2114 Providence DR Augusta, GA 30904__ and the Landlord herein.

That the Landlord rented said property to __Squatters or Person In Possession__, Tenant for the term of __12 months__ which (has/ has not) expired.

That the Tenant contracted to pay rent of $ __—__ on the __1st__ day of each month in advance.

That there is now due for rental the sum of $ __—__, which sum the Tenant fails to pay.

Landlord __Auben Realty, LLC__ desires possession of said premises, and has demanded possession of same from Tenant but the Tenant refuses and neglects to surrender possession or to pay the rent.

WHEREFORE, Landlord makes this affidavit that a warrant and summons may issue against the Tenant as provided by law.

_____
AFFIANT (Tyreon Williams)

SWORN TO AND SUBSCRIBED BEFORE ME
This __19__ day of __April__, __2018__

__Donna Smith_____ Deputy Clerk
Magistrate Court, Richmond County, Georgia

APPROVED:

_____
DEPUTY CLERK OF COURT

---

__Auben Realty, LLC__ **LANDLORD**

vs.

__Squatters or Person In Possession__ **TENANT**

**SUMMONS TO TENANT**

TO THE ABOVE-NAMED TENANT
YOU ARE HEREBY COMMANDED AND REQUIRED TO APPEAR at the MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA, 735 James Brown Blvd, Suite 1400, Augusta-Richmond County Judicial Center, Augusta, Georgia, to answer the within affidavit either orally or in writing on or before __1st April__, __2018__. You may file with the Clerk of said Court, a written answer setting forth any legal of equitable defense or counterclaim which you may have to the Landlord's Affidavit, OR you may answer orally.

If you fail to answer by the above-mentioned date, the Court shall issue a writ of possession and a judgment by default against you for all rents due together with costs of court.

_Donna Smith_

I have this day served the within Affidavit and Summons upon the Tenant

_____Squatters or persons In possession_____

(A) By leaving true copies of the same with the Tenant personally at

(B) By delivering true copies of the same to a person sui juris residing at _____ Richmond County, Georgia

2114 providence DR

namely: Joe ~~Besea~~ Soey Besea/ (58) Resident
(name, age, and relationship of person served to Tenant)

(C) After reasonable effort, no such person being found residing at the premises, and no person sui juris being found there, by tacking a copy of said summons and affidavit on the door of the premises, and on the same day of such tacking, enclosing, stamping, and mailing by first class mail a copy of said summons and affidavit to the Tenant at the last known address, namely:

_____

(D) By leaving true copies of the same with an agent of the Tenant (corporation or partnership) at

_____
(address)

namely: _____
(name and office or position of the agent)

THIS 24 DAY OF April, 2018 AT 11:25 O'CLOCK A M.

_____
DEPUTY MARSHAL

NO. 910385

MAGISTRATE COURT
OF RICHMOND COUNTY, GEORGIA

AFFIDAVIT FOR DISPOSSESSORY WARRANT

Auben Realty, LLC
1918 Central Ave
Augusta, GA 30904
706-250-5577

vs.

Squatters or Persons In Possession
2114 Providence Dr
Augusta, GA 30906

Filed in office this 19 day of April, 2018

Donna Smith
Deputy Clerk, Magistrate Court
Richmond County, Georgia

2018 APR 19 PM 2:18