# United States District Court
## Southern District of Georgia

AUBEN REALTY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-097

JOEY BUSSEY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 9, 2018 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, that this case is remanded to the Magistrate Court of Richmond County. This case stands closed.

07/09/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*